UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELVIN H. FRANCIS** | * | **CIVIL ACTION NO. 2:20-cv-00997** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ITG BRANDS, LLC, ET AL.** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| | * | |
| **Defendants.** | * | **MAGISTRATE JUDGE JOSEPH** |
| | * | **C. WILKINSON** |

*********************************************

### DEFENDANT-IN-CROSS CLAIM WYETH HOLDINGS, LLC'S WITNESS AND EXHIBIT LIST

Defendant-in-crossclaim, [1] WYETH HOLDINGS, LLC, (f/k/a AMERICAN CYANAMID COMPANY) (hereinafter "AMERICAN CYANAMID") provides the following:

Discovery in this case is ongoing. Therefore, AMERICAN CYANAMID is not aware of all the areas of testimony, products allegedly at issue, or evidence that Plaintiffs-in-cross-claim or any other party seeks to introduce at trial of this matter. As such, AMERICAN CYANAMID reserves its right to supplement the below as allowed or otherwise required by the Federal Rules of Civil Procedure.

A.   Witnesses:

AMERICAN CYANAMID identifies the following witnesses it may call to refute the claims of plaintiffs-in-cross-claim:

---

[1] Prior to removal of this case by Huntington Ingalls ("Avondale"), Plaintiff voluntary dismissed AMERICAN CYANAMID, albeit without prejudice, based on the testimony that he rendered in this and his inability to state a claim against AMERICAN CYANAMID. Through undersigned counsel, AMERICAN CYANAMID has made multiple requests to the Plaintiffs-in-cross-claim, Huntington Ingalls and Albert Bossier ("the Avondale Interests") for a dismissal of the cross-claims based on a total lack of evidence of exposure by Melvin Francis while on the premises of AMERICAN CYANAMID site.  Upon information and belief, Albert Bossier has been dismissed but Huntington Ingalls has refused to dismiss its cross-claim.

1. Any corporate representative of AMERICAN CYANAMID, **by prior depositions only**, to testify about the facility and the types of work being performed during the time it is alleged that Melvin H. Francis performed work at the site;

2. A corporate representative of any general contractor or subcontractor, live or by deposition testimony, who performed work at AMERICAN CYANAMID at any time;

3. A corporate representative of any party which was at any time made a defendant in the above-captioned matter;

4. The Article 1442 corporate witnesses of any named defendant in this matter, either live or by deposition testimony;

5. Salvador Portera (deceased, by deposition only)
   By deposition taken January 31, 2006 in the matter entitled "*Vernon P. Simon, et al v. American Insurance Company*", No. 04-13272, Div. "I", Civil District Court, Parish of Orleans.

6. Steven V. Jones
   7830 Deerchase Drive
   Beaumont, Texas
   Live or by deposition taken November 30, 2001 in "*Lindward Fremin et al v. Entergy New Orleans, Inc., et al*" No. 2001-6848, Civil District Court, Parish of Orleans;

7. Harold O'Conner
   41429 Jodie Lane
   Hammond, Louisiana
   Live or by deposition taken November 30, 2001 in "*Lindward Fremin et al v. Entergy New Orleans, Inc., et al*" No. 2001-6848, Civil District Court, Parish of Orleans;

8. Eric Joseph Rodriguez
   3304 Ridgeway Drive
   Metairie, Louisiana
   Live or by deposition taken November 30, 2001 in "*Lindward Fremin et al v. Entergy New Orleans, Inc., et al*" No. 2001-6848, Civil District Court, Parish of Orleans;

9. Gregory J. May, Sr.
   3808 Fenlon Street
   Chalmette, Louisiana  70043
   Live or by deposition taken January 14, 2005 in "*C. Edward Abreo, et al vs. The McCarty Corp., et al*", Suit No. 27,020, Div. "A", 18th Judicial District Court, Parish of West Baton Rouge; *Upon information and belief represented by Baron & Budd*

10.  Myer Jerome Martin
     17641 Kinchen Road
     Livingston, Louisiana  70754
     Live or by deposition taken April 3, 1990 in "*Audrey Jean Brignac Martin, et al v. A C and S, Inc., et al*," No. 89-639-L, United States District Court, Middle District of Louisiana;  Live or by deposition taken March 8 and 9, 2004 in "*Myer Jerome Martin, et al v. Owens-Corning, et al*," No. 511,492, Div. "I", 19th Judicial District Court, Parish of East Baton Rouge; Live or by deposition taken July 17, 1998 in "*Glen David Burns, et al v. Owens Corning Corp. et al*," No. 60,997, Div. "D," 23rd Judicial District Court, Parish of Ascension, and "*Morris Emery v. Owens-Corning Fiberglas Corp., et al*" No. 57,137, Div. "A," 23rd Judicial District Court, Parish of Ascension;  *Upon information and belief represented by Baron & Budd*

11.  Glen David Williams
     41428 Glen Williams Road
     Gonzales, Louisiana  70737
     Live or by deposition taken November 11, 1993 in "*Verna M. Pitre, et al v. GAF Corporation, et al*," No. 383,701, Division "K," 19th Judicial District Court, Parish of East Baton Rouge; Live or by deposition taken February 21, 2006 and April 13, 2006 in "*Earl Allert Sr., et al v. Anco Insulations, Inc. et al*," No. 411-061, Div. "M," 19th Judicial District Court, Parish of East Baton Rouge; *Upon information and belief represented by Baron & Budd*

12.  Gilbert Hogan (deceased, by deposition only)
     By deposition testimony taken March 16, 2006 in "*Lindward Fremin, et al v. Entergy New Orleans, Inc., et al*" No. 2001-6848, Civil District Court, Parish of Orleans;  By deposition testimony taken December 13, 2000 in "*Jeffery Raia, et al v. Asbestos Corp. Ltd., et al*," No. 98-2562, Div. "A," Civil District Court, Parish of Orleans;

13.  Lindward Fremin (deceased, by deposition only)
     By deposition taken May 4, 2001, in "*Lindward Fremin et al v. Entergy New Orleans, Inc., et al*," No. 2001-6848, Civil District Court, Parish of Orleans;

14.  Russell Chiasson, (deceased, by deposition only)
     By deposition taken March 20, 2003, in "*Russell Chiasson v. American Cyanamid*," No. 2003-2911, Civil District Court, Parish of Orleans;

15.  Salvador V. Portero (deceased, by deposition only)
     By deposition taken on January 31, 2006 in "*Simon, et al v. American Insurance Company, et al*," No. 04-13272, Civil District Court for the Parish of Orleans;

16.  James Breaux (by deposition only)
     By deposition taken on November 17, 2014 in *"Bergeron v. American Cyanamid et al."* No. 633,409, 19th Judicial District Court for the Parish of East Baton Rouge.

17. Edward Reine (by deposition only)
    By deposition taken on January 30, 2006 in "*Simon v. American Insurance Co. et al.*" No. 04-13272, Civil District Court for the Parish of Orleans;

18. Gerald Rockenbaugh (by deposition only)
    By deposition taken on January 31, 2006 in "*Simon v. American Insurance Co. et al.*" No. 04-13272, Civil District Court for the Parish of Orleans;

19. Maurice Simon (by deposition only)
    By deposition taken on April 12, 2000 in "*Raia, et al v. Asbestos Corp. Ltd., et al.*" No. 98-2562, Civil District Court for the Parish of Orleans;

20. Harold Percle (by deposition only)
    By deposition taken on February 6, 2019 in "*Steib v. Lamorak Ins. Co, et al.*" No. 18-4189, Civil District Court for the Parish of Orleans.

21. Kirby Gowland Jr.
    23437 Standard Cemetery Road
    Kiln, Mississippi 39556
    Live or by deposition taken February 11, 2009 in "*Marshall Gowland v. Air Products and Chemical, et al*," No. 2002-12800, Div. "B," Civil District Court, Parish of Orleans; *Upon information and belief represented by Baron & Budd*

22. Dominic Vacarro, Sr.
    1604 Bullard Avenue,
    Metairie, Louisiana 70003
    Live or by deposition taken July 13, 2000 in "*Claude Trosclair, Jr. et al v. ACandS, Inc. et al*," No. 98-18635, Div. "J," Civil District Court, Parish of Orleans;

23. Bernard G. D'Arcangelo
    1012 Cardinal Avenue
    Metairie, Louisiana 70003
    Live or by deposition taken February 14, 2011 in "*Anthony Genovese, Jr. v. Eagle, Inc. et al*," No. 2009-12703, Div. "B," Civil District Court, Parish of Orleans;

24. Aubry P. Richard
    143 East 28th Street
    Cutoff, Louisiana
    Live or by deposition taken October 24, 2005 in "*Quincy L. Adams et al v. Owens-Corning Fiberglas, et al*," No. 50,703, Div. "A," 18th Judicial District Court, Parish of Iberville;

24. Any witness, fact or expert, identified or listed by any other party, specifically including, but not limited to, an industrial hygiene expert or a medical doctor to render causation testimony;

25. Epidemiologist, physiologist and/or occupational medicine specialist for purposes of providing testimony as to the medical aspects of asbestos exposure;

26. Certified Industrial Hygienist, environmental consultant and/or materials analyst for purposes of providing testimony as to the alleged exposures at issue;

27. Any witness needed for rebuttal;

28. Any witness who has been deposed in the above-captioned matter;

29. Any person identified by Plaintiffs or Defendants (regardless of whether they remain at party at the time of trial) in deposition;

30. Any person identified by any witness in a deposition and/or the exhibits attached therein;

31. Any person identified by any party (regardless of whether they remain at party at the time of trial) in discovery responses;

32. Any person identified by any party on their witness or whose testimony is identified on their exhibit list (regardless of whether they remain at party at the time of trial);

33. Any person necessary to authenticate any document to be introduced at trial;

34. Any expert witness made necessary by forthcoming discovery;

35. Any witness needed for impeachment purposes;

36. Any witness whose identity may become known in the course of ongoing discovery and investigation; and

37. Any witness who provided testimony relative to any party named in suit.

Given that discovery is ongoing, AMERICAN CYANAMID reserves the right to supplement, modify and amend its witness list in a timely fashion prior to trial.

**B.   Exhibits:**

AMERICAN CYANAMID identifies the following list of Exhibits that may be introduced at trial of this matter to refute the claims asserted by plaintiff-in-cross claim:

1. Pleadings filed in this matter;

2. Social Security printouts of Melvin H. Francis;

3. Any union records of Melvin H. Francis, if applicable;

4. Any and all employment records of Melvin H. Francis;

5. All deposition transcripts referenced in AMERICAN CYANAMID'S Witness List and discovery responses in this matter;

6. Any and all documents referenced in AMERICAN CYANAMID'S discovery responses in this matter;

7. Portions of any depositions of any of Melvin H. Francis' co-workers, whether taken in this litigation or any other litigation;

8. Portions of the depositions of Melvin H. Francis;

9. Demonstrative Exhibits pertaining to the use of asbestos products or state of the art;

10. Response of Claims Resolution Management Corporation to Third Party Complaint;

11. Any documents, photographs, plans, specifications and/or schematics relating to the AMERICAN CYANAMID plant or any other work site at which Melvin H. Francis is alleged to have worked;

12. Applicable OSHA regulations, portions of the Code of Federal Regulations, EPA regulations and any other similar materials relating to occupational safety and/or asbestos exposure;

13. Applicable state regulations relating to occupational safety and/or asbestos exposure;

14. Any documents establishing pertinent government and industry threshold limit values or personal exposure limits for asbestos;

15. Any documents establishing the state of the art and/or industry standards relating to asbestos and asbestos-containing products;

16. Any invoices, purchase orders, shipping records and/or other documentation pertaining to sales and use of equipment or asbestos-containing products at any work sites of Melvin H. Francis;

17. Any documents, articles, and/or studies pertaining to any work sites of Melvin H. Francis or any contractors performing work on the site while he is alleged to have worked there;

18. Any documents, articles, and/or studies pertaining to the use of asbestos products;

19. Any documents arising out of or related to investigation or discovery directed to any bankrupt entities and the settlement trusts established by such entities to compensate claimants for alleged exposure to asbestos;

20. Any documents, articles, and/or studies pertaining to the evolution of knowledge relating to the potential hazards and/or medical problems in the industrial work place, including hazards or problems associated with asbestos exposure;

21. Any documents and/or depositions and/or tangible items produced by any party in this, or any related litigation, pertaining to the use of asbestos products or the evolution of knowledge relating to the potential hazards and/or medical problems in the industrial work place, including hazards or problems associated with asbestos exposure;

22. Personnel records and Social Security Earnings Report of any witness listed by any party;

23. Any document attached as an Exhibit to any pleading filed in this matter;

24. Any responses to written discovery of any party named in this litigation, whether such responses were in this litigation or in other litigation;

25. Any document attached as an Exhibit to any deposition identified in AMERICAN CYANAMID's Witness List or identified by any party to this litigation;

26. Any reliance materials used by any expert in this matter at any time;

27. Any document produced, whether formally or informally, by any party who was named as a defendant in this action, at any time, regardless of whether that party remains in this case through trial;

28. Any exhibit that was listed by any other party at any time, regardless of whether that party remains in this case through trial; and

29. Any expert report rendered in this matter.

Given that discovery is ongoing, AMERICAN CYANAMID reserves the right to supplement, modify and amend its exhibit list in a timely fashion prior to trial.

Respectfully submitted:

_____
**ERIN FURY PARKINSON  (# 22549)**
**TREVOR MOSBY (# 38618)**
HINSHAW & CULBERTSON LLP
900 Camp Street, Third Floor
New Orleans, Louisiana  70130
Telephone:  (504) 904-8070
Facsimile:  (504) 324-0615
**Attorneys for:**  WYETH HOLDING, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2021, a copy of the foregoing "*Defendant-in-Cross Claim Wyeth Holdings, LLC's Witness and Exhibit List*" was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to all other known counsel of record by electronic mail.

　　　　　　　　　　　　　　　　　　 /s/Erin Fury Parkinson
　　　　　　　　　　　　　　　　　_____