## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELVIN H. FRANCIS** | * | **CIVIL ACTION NO.: 2:20-cv-997** |
| | * | |
| **VERSUS** | * | **SECTION "A" (2)** |
| | * | |
| **ITG BRANDS, LLC, ET AL** | * | **JUDGE JAY C. ZAINEY** |
| | * | |
| | * | **MAG. JUDGE DONNA CURRAULT** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Huntington Ingalls Incorporated (f/k/a Northrop Grumman Shipbuilding, Inc. [erroneously referred to as Northrup Grumman Shipbuilding, Inc.], f/k/a Northrop Grumman Ship Systems, Inc. [erroneously referred to as Northrup Grumman Ship Systems, Inc.], f/k/a Avondale Industries, Inc., f/k/a Avondale Shipyards, Inc., f/k/a Avondale Marine Ways, Inc.), who hereby moves this Honorable Court to dismiss its cross-claims against Eagle, Inc. (f/k/a Eagle Asbestos & Packing Co., Inc.), Entergy Louisiana, LLC, Entergy New Orleans, LLC, Hopeman Brothers, Inc., ITG Brands, LLC, The McCarty Corporation, Shell Oil Company, Taylor-Seidenbach, Inc., Union Carbide Corporation, Manville Personal Injury Settlement Trust (as successor to the interest of Johns-Manville Corporation), Liberty Mutual Insurance Company (as insurer of Wayne Manufacturing Company), International Paper Company (individually and as successor by merger with Champion International Corporation, successor by merger with United States Plywood Corporation), and R.J. Reynolds Tobacco Company, *without prejudice*, each party to bear its own costs, and specifically reserving to Huntington Ingalls Incorporated all rights against all other persons and/or entities. <u>All above-named parties have consented to the filing of this motion.</u>

Respectfully submitted:

**BLUE WILLIAMS, LLC**

  /s/ Laura M. Gillen
BRIAN C. BOSSIER (#16918)
EDWIN A. ELLINGHAUSEN, III (#1347)
CHRISTOPHER T. GRACE, III (#26901)
ERIN H. BOYD (#20121)
LAURA M. GILLEN (#35142)
3421 N. Causeway Blvd., Suite 900
Metairie, LA  70002
Telephone:  (5040 831-4091
Facsimile:  (504) 837-1182
*Counsel for Huntington Ingalls Incorporated*

**CERTIFICATE OF SERVICE**

    I hereby certify that on 23 day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and/or by electronic mail to any and all non-CM/ECF participants.

                                            */s/ Laura M. Gillen*